IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANNY AMEN VALENTINE-SHABAZZ,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **ROBERT RZA DIGGS,** *et al.*, : <br> Defendants. : | **CIVIL ACTION NO. 22-CV-0884** |

## ORDER

AND NOW, this 22nd day of April, 2022, in light of *pro se* Plaintiff Danny Amen Valentine-Shabazz's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis*, and his further failure to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11, as directed by this Court's Order entered on March 16, 2022 (ECF No. 4), which (1) granted him thirty (30) days to do so, and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Danny Amen Valentine-Shabazz's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**